JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.   **II**          Investigating Agency   **IRS-CI, TIGTA**

**City**   Swampscott, MA and elsewhere          **Related Case Information:**

**County**   Essex and elsewhere          Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   NDEYE AMY THIOUB          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Swampscott, MA

Birth date (Yr only): 1956   SSN (last4#): 3096   Sex  F   Race: _____   Nationality: USA

**Defense Counsel if known:**   John Regan          Address  7 Essex Green Drive, Suite 4

**Bar Number** _____          Peabody, MA

**U.S. Attorney Information:**

**AUSA**   Kristina E. Barclay          Bar Number if applicable   640848

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   03/18/2024          ⊞          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   NDEYE AMY THIOUB _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. 7206(1) | Filing False Tax Returns | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013